UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CURTIS LAYMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:07-CV-380 |
| | ) | (VARLAN/SHIRLEY) |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's Objections to the Magistrate Judge's Report and Recommendation [Doc. 17] are hereby **OVERRULED**; Magistrate Judge Shirley's Report and Recommendation [Doc. 16] is **ACCEPTED IN WHOLE**; plaintiff's Motion for Judgment on the Pleadings [Doc. 10] is hereby **DENIED**; defendant's Motion for Summary Judgment [Doc. 14] is hereby **GRANTED**; and defendant Commissioner's decision in this case denying plaintiff's application for disability insurance benefits and supplemental security income payments is **AFFIRMED**; and this case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE